# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA                Magistrate No. ___22-1076___

        v.

RONALD BALLARD

    The financial ability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

    IT IS on this ___28th___ day of _____April_____, 2022 ORDERED that the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in this cause until further Order of the Court.

                        /s/ Jessica S. Allen

                        HONORABLE JESSICA S. ALLEN
                        UNITED STATES MAGISTRATE JUDGE